UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SAM GRAHAM, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:02-CV-182 RM |
| ) | |
| SGT. DONNA REED, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

On January 31, United States Magistrate Judge Christopher Nuechterlein issued a report and recommendation that the court grant the defendants' summary judgment motion. Judge Nuechterlein believed that the failure to provide underwear to a prison inmate for ten months was a deprivation of the minimal civilized measure of life's necessities, and that no reasonable trier of fact could find that the plaintiff's ensuing skin irritation was a serious medical need. Plaintiff Sam Graham filed a timely objection to the report and recommendation, but nothing in his objection persuades the court that either prong of the magistrate judge's reasoning is wrong.

Accordingly, the court OVERRULES the plaintiff's objections [Docket No.63], ADOPTS the magistrate judge's report and recommendation [Docket No. 62], and

GRANTS the defendants' motion for summary judgment [Docket No. 55]. The clerk shall enter judgment for the defendants.

SO ORDERED.

ENTERED:   February 13, 2006

/s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Chief Judge
United States District Court

cc: Magistrate Judge Nuechterlein
    S. Graham
    C. Buell